O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ADRIAN ARRIOLA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>　　　　Respondent. | Case No.  5:20-cv-00678-RSWL-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), the Objections to the Report, and the Supplemental Statement of Decision.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the Report and the Supplemental Statement of Decision and adopts them as its own findings and conclusions.  Accordingly, the First Amended Petition is denied without prejudice.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: April 13, 2022

*/S/ RONALD S.W. LEW*

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE