JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RUBEN ADRIAN ARRIOLA,

              Petitioner,

     v.

WEST VALLEY DETENTION CENTER,

              Respondent.

Case No.  5:20-cv-00678-RSWL-PD

**JUDGMENT**

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice.

DATED:  April 13, 2022

*/S/ RONALD S.W. LEW*

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE